IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY GUNTHER<br>Plaintiff<br><br>vs.<br><br>ACADEMY COLLECTION SERVICE,<br>INC.<br>Defendant | CIVIL ACTION<br><br><br><br><br>NO. 08-cv-3260 |

**STIPULATION OF DISMISSAL**

AND NOW, this 6th day of January, 2009, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY:  /s/ *Bruce K. Warren*
Bruce K. Warren, Esquire
Attorney for Plaintiff

Marshall Dennehey Warner Coleman & Goggin

BY: _____
Dean H. Malik, Esquire
Attorney for Defendant